## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |
| | |
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| | |
| | |
| | |

TOTAL RECEIPTS $ 11,495.03

TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED $ 0.00

TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY $ 11,300.00

## Individual Estate Property Record and Report
### Asset Cases

Case Number: 05-33273 BB
Case Name: GILMORE, WILLIAM

Period Ending: 08/20/07

Trustee: (330480) DEBORAH K. EBNER
Filed (f) or Converted (c): 08/22/05 (f)
§341(a) Meeting Date: 09/27/05
Claims Bar Date: 01/25/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA Gross Value of Remaining Asset |
| 1 | Real Property | 150,000.00 | 15,099.10 | | 0.00 | F |
| 2 | Bank Accounts | 100.00 | 0.00 | | 0.00 | F |
| 3 | Household Furnishings | 5,800.00 | 0.00 | | 0.00 | F |
| 4 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | F |
| 5 | Hobby Equipment | 600.00 | 600.00 | | 0.00 | F |
| 6 | Annuities (See Footnote) | 10,761.91 | 10,761.91 | | 11,395.69 | 0.0 |
| 7 | Pensions (See Footnote) | Unknown | 0.00 | | 0.00 | F |
| 8 | Claims (See Footnote) | Unknown | 0.00 | | 0.00 | F |
| 9 | Automobiles (See Footnote) | 16,000.00 | 0.00 | | 0.00 | F |
| Int | INTEREST (u) | Unknown | N/A | | 99.34 | Unknow |
| 10 | Assets Totals (Excluding unknown values) | $183,761.91 | $26,461.01 | | $11,495.03 | $0.0 |

RE PROP# 6 Jackson National Life
RE PROP# 7 Central States Southeast & Southwest areas Pension Fund
RE PROP# 8 Workmen Compensation claim for injuries in 2004 & 2005
RE PROP# 9 2003 Honda Accord EX

**Major Activities Affecting Case Closing:**

Discovery of non-exempt annuity & collection thereof. Case being closed - funds received.

Printed: 08/10/2007 07:56 PM V.9

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| Case Number: 05-33273 BB | Trustee: (330480) DEBORAH K. EBNER |
| Case Name: GILMORE, WILLIAM | Filed (f) or Converted (c): 08/22/05 (f) |
| | §341(a) Meeting Date: 09/27/05 |
| Period Ending: 08/20/07 | Claims Bar Date: 01/25/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Asset |

Initial Projected Date Of Final Report (TFR): December 30, 2009    Current Projected Date Of Final Report (TFR): December 30, 2009

Printed: 08/10/2007 07:56 PM    V.9