**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| WILLIAM GILMORE, | ) | CASE NO. 05-33273 BWB |
| | ) | |
| Debtor | ) | JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   WILL COUNTY COURT ANNEX
   57 N OTTAWA ST, ROOM 201
   JOLIET, ILLINOIS 60432

   On: **October 5, 2007**
   At: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                $    11,495.03

   b. Disbursements                           $          8.17

   c. Net Cash Available for Distribution     $    11,486.86

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 1,899.50 | $ 20.80 |
| Popowcer Katten, Ltd., *Trustee's Accountant* | $ 0.00 | $ 700.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $35,686.12, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $24.85%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | World Financial Network National Bank | $ 4,992.96 | $ 1,240.56 |
| 2 | Chase Bank USA, N.A. | $ 9,098.80 | $ 2,260.68 |
| 3 | Citibank USA NA | $ 688.50 | $ 171.06 |
| 4 | Discover Bank/Discover Financial Services | $ 6,938.92 | $ 1,724.04 |
| 5 | Kohl's Department Store | $ 1,302.28 | $ 323.56 |
| 6 | Citibank (South Dakota) NA | $ 12,664.66 | $ 3,146.66 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated:   **September 13, 2007**            For the Court,


                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the United States Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

3273   Doc 32   Filed 09/13/07   Entered 09/15/07 23:42:46   Desc Imaged
                Certificate of Service      Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1                  Date Rcvd: Sep 13, 2007
Case: 05-33273                    Form ID: pdf002              Total Served: 25

The following entities were served by first class mail on Sep 15, 2007.
db          +William Gilmore,    2669 Canyon Drive,    Plainfield, IL 60586-5924
aty         +Susan A Goreczny,    Sacks. Goreczny, Maslanka & Costello PC,    100 W Monroe St Ste 804,
              Chicago, IL 60603-1958
tr          +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
9716835    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court:  Honda Financial Services,    PO Box 5308,    Elgin, IL 60121)
9716828     +America Online Visa,    Cardmember Service,    PO Box 15299,    Wilmington, DE 19850-5299
9716829     +Bank One,    Cardmember Service,    PO Box 8650,    Wilmington, DE 19899-8650
9716830     +Brooks Brothers,    GE Capital Corporation,    PO Box 103104,    Roswell, GA 30076-9104
10494267    +Chase Bank USA, N.A.,     c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
9716831     +Citi Cards,    Box 6000,    The Lakes, NV 89163-0001
10558628     Citibank (South Dakota) NA,    Exception Payment Processing,    PO Box 6305,
              The Lakes, NV 88901-6305
9716841     +Citibank USA NA,    DBA The Home Depot,    PO Box 9025,    Des Moines, IA 50368-9025
9716833      GE Card Services,    Mens Wearhouse,    PO Box,    981400,    El Paso, TX 79998
9716834     +Harlem Furniture,    World Financial Network,    PO Box 2942,    Shawnee Mission, KS 66201-1342
10541358     Home Depot,    Home Depot Credit Services,    PO Box 9100,    Des Moines, IA 50368-9100
9716836     +Hughes Network Sytems,    11717 Exploration Lane,    Germantown, MD 20876-2799
9716837      Kohl’s,    PO Box 3043,    Milwaukee, WI 53201-3043
10558387    +Kohl’s Department Store,     c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
9716838      Sears Credit Cards,    PO Box 818007,    Cleveland, OH 44181-8007
10541357    +Sears Credit Cards,    PO Box 6922,    The Lakes, NV 88901-6922
9716839     +Shell Mastercard,    Citi Cards,    PO Box 6000,    The Lakes, NV 89163-0001
9716840     +State Farms Insurance,    c/o Michael J. Stanco, Esq.,    Ten Larkfield Road,
              East Northport, NY 11731-1802
9716842      Washington Mutual,    PO Box 1093,    Northridge, CA 91328
10475925    +World Financial Network National Bank,    Harlem Furniture,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission on Sep 14, 2007.
9716832      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2007 03:00:02     Discover,    P.O. Box 15192,
              Wilmington, DE 19850-5192
10557486     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2007 03:00:02
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**                    **Signature:**  *Joseph Speetjens*